# United States Court of Appeals
# for the Federal Circuit

---

January 22, 2013

**ERRATA**

---

Appeal No. 2012-1094

**HARRIS CORPORATION**
v.
**FEDERAL EXPRESS CORPORATION,**

Decided:  January 17, 2013
Nonprecedential Opinion

---

Please make the following change:

Page 24, line 17, change "noninfrignement" to --noninfringement--.